United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Four Ambassadors Master Association, Inc. and The Four Ambassadors Association, Inc., Plaintiffs, <br><br> v. <br><br> Seneca Insurance Company, Inc., Defendant. | ) ) ) ) ) ) Civil Action No. 20-22047-Civ-Scola ) ) ) ) |

### Order Vacating Clerk's Default

This matter is before the Court on the Defendants' motion to set aside (ECF No. 15) the clerk's defaults entered on June 16, 2020 (ECF No. 10).

The Defendants filed this motion to set aside the Clerk's default on July 1, 2020, arguing that the Defendants were not properly served until June 30, 2020. Therefore, the Defendant need not respond to the Complaint until July 20, 2020. On July 6, 2020, the Plaintiffs filed a notice stating that they do not oppose the Defendant's motion to set aside the default. (ECF No. 16.)

Finding good cause to set aside the default, the Court **grants** the Defendant's motion (**ECF No. 15**) and **directs** the Clerk to **vacate** the default (**ECF No. 10**). The Court also **denies** the Plaintiff's motion for default judgment (**ECF No. 13**).

**Done and ordered** at Miami, Florida, on July 7, 2020.

_____
Robert N. Scola, Jr.
United States District Judge